# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:

Judith C Adamez

Case No.: 16-25925-VFP

Chapter: 7

Judge: Vincent F. Papalia

## NOTICE OF PROPOSED ABANDONMENT

Donald V. Biase, Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:   50 Walnut Street, Newark, NJ  07102

If an objection is filed, a hearing will be held before the Honorable Vincent F. Papalia on October 18, 2016 @ 10:00 AM at the United States Bankruptcy Court in Courtroom no. 3B. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

**Description and value of property:**

281 Dermott Ave.
Clifton, NJ 07011
$179,000

**Liens on property**:

$527,000

**Amount of equity claimed as exempt:**

$0.00

Objections must be served on, and requests for additional information directed to:

Donald V. Biase

110 Allen Road – Suite 304, Basking Ridge, NJ 07920

(973) 618-1008

Rev. 8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  
Judith C Adamez  
    Debtor

Case No. 16-25925-VFP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Sep 20, 2016  
                       Form ID: pdf905    Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2016.
```
db              +Judith C Adamez,   281 Dermott Ave.,    Clifton, NJ 07011-3750
516347818       +Capital One,   Po Box 30285,    Salt Lake City, UT 84130-0285
516347820        Comenity Bank/nwyrk&co,    Po Box 18215,    Columbus, OH 43218
516347821        ERC,   P.O. Box 23870,    Jacksonville, FL 32241-3870
516347823       +Holy Name Hospital,   718 Teaneck Road,    Teaneck, NJ 07666-4281
516347825       +Penn Foster,   925 Oak Street,    Scranton, PA 18515-0901
516347826       +Roundpoint Mortgage Servicing Corp,    P.O. Box 19409,    Charlotte, NC 28219-9409
516347827       +Savit Coll,   Po Box 250,    East Brunswick, NJ 08816-0250
516347828        St Joseph's Regional Medical Center,    P.O. Box 32025,    New York, NY 10087-2025
516347831      ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit,    P.O. Box 8026,    Cedar Rapids, IA 52408)
516347833       +Wfm/wbm,    3480 Stateview Blvd Bldg,    Fort Mill, SC 29715-7203
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2016 23:12:04      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2016 23:12:01      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516347819       +E-mail/Text: ering@cbhv.com Sep 20 2016 23:11:56      Collection Bureau Hudson Valley, Inc.,
                 Po Box 831,   Newburgh, NY 12551-0831
516347822       +E-mail/Text: bknotice@erccollections.com Sep 20 2016 23:12:07      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,   Jacksonville, FL 32256-7412
516347824       +E-mail/Text: bnckohlsnotices@becket-lee.com Sep 20 2016 23:11:25      Kohls/Capital One,
                 Po Box 3120,   Milwaukee, WI 53201-3120
516347829       +E-mail/Text: bankruptcy@td.com Sep 20 2016 23:12:06      Td Bank N.a.,   32 Chestnut St,
                 Lewiston, ME 04240-7799
                                                                                              TOTAL: 6
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516347832*     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                 (address filed with court: Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
516347830*      +Td Bank N.a.,   32 Chestnut St,    Lewiston, ME 04240-7799
                                                                                   TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2016                                                Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2016 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Queens Park Oval Asset Holding Trust
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Donald V. Biase    dbiase4236@gmail.com, dvb@trustesolutions.net;pbellina@outlook.com
              Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
               dvb@trustesolutions.net;pbellina@outlook.com
              Thomas W. Williams    on behalf of Debtor Judith C Adamez krecio68@gmail.com
                                                                                             TOTAL: 4
```