Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                       Case No.:  16–25925–VFP
                       Chapter:  7
                       Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Judith C Adamez
   281 Dermott Ave.
   Clifton, NJ 07011

Social Security No.:
   xxx–xx–2871

Employer's Tax I.D. No.:

## FINAL DECREE

      The estate of the above named debtor(s) has been fully administered.

      If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

      ORDERED that Donald V. Biase is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>November 16, 2016</u>            <u>Vincent F. Papalia</u>
                                              Judge, United States Bankruptcy Court