**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Judith C Adamez** | Social Security number or ITIN   **xxx–xx–2871** |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ |
| | | EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **District of New Jersey** | |
| Case number:  **16–25925–VFP** | | |

# Order of Discharge                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

  Judith C Adamez

  11/16/16                                                                                   **By the court:**   Vincent F. Papalia
                                                                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                    **Order of Discharge**                    page 2

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 16-25925-VFP
Judith C Adamez                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1        Date Rcvd: Nov 16, 2016
                              Form ID: 318             Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
db             +Judith C Adamez,    281 Dermott Ave.,    Clifton, NJ 07011-3750
516347821       ERC,    P.O. Box 23870,    Jacksonville, FL 32241-3870
516347823      +Holy Name Hospital,    718 Teaneck Road,    Teaneck, NJ 07666-4281
516347825      +Penn Foster,    925 Oak Street,    Scranton, PA 18515-0901
516347826      +Roundpoint Mortgage Servicing Corp,    P.O. Box 19409,    Charlotte, NC 28219-9409
516347827      +Savit Coll,    Po Box 250,    East Brunswick, NJ 08816-0250
516347828       St Joseph's Regional Medical Center,    P.O. Box 32025,    New York, NY 10087-2025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Nov 16 2016 22:01:26      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 16 2016 22:01:26      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516347818      +EDI: CAPITALONE.COM Nov 16 2016 21:53:00      Capital One,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
516347819      +E-mail/Text: ering@cbhv.com Nov 16 2016 22:01:23      Collection Bureau Hudson Valley, Inc.,
                 Po Box 831,    Newburgh, NY 12551-0831
516347820       EDI: WFNNB.COM Nov 16 2016 21:53:00      Comenity Bank/nwyrk&co,    Po Box 18215,
                 Columbus, OH 43218
516347822      +E-mail/Text: bknotice@erccollections.com Nov 16 2016 22:01:28      ERC/Enhanced Recovery Corp,
                 8014 Bayberry Rd,    Jacksonville, FL 32256-7412
516347824      +EDI: CBSKOHLS.COM Nov 16 2016 21:53:00      Kohls/Capital One,    Po Box 3120,
                 Milwaukee, WI 53201-3120
516347831       EDI: TFSR.COM Nov 16 2016 21:53:00      Toyota Motor Credit,    P.O. Box 8026,
                 Cedar Rapids, IA 52408
516347829      +EDI: TDBANKNORTH.COM Nov 16 2016 21:53:00      Td Bank N.a.,    32 Chestnut St,
                 Lewiston, ME 04240-7799
516347833      +EDI: WFFC.COM Nov 16 2016 21:53:00      Wfm/wbm,    3480 Stateview Blvd Bldg,
                 Fort Mill, SC 29715-7203
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516347832*    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
                (address filed with court:  Toyota Motor Credit Co,    Po Box 8026,    Cedar Rapids, IA 52408)
516347830*    +Td Bank N.a.,    32 Chestnut St,    Lewiston, ME 04240-7799
                                                                                        TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Queens Park Oval Asset Holding Trust
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Donald V. Biase     dbiase4236@gmail.com,    dvb@trustesolutions.net;pbellina@outlook.com
              Donald V. Biase    on behalf of Trustee Donald V. Biase dbiase4236@gmail.com,
               dvb@trustesolutions.net;pbellina@outlook.com
              Thomas W. Williams    on behalf of Debtor Judith C Adamez krecio68@gmail.com
                                                                                               TOTAL: 4